We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKEY MACK, Appellant. [952 NYS2d 452]—

A motion to withdraw a plea of guilty is addressed to the sound discretion of the court (*see* CPL 220.60 [3]; *People v Seeber*, 4 NY3d 780 [2005]). Contrary to the defendant's contention, the County Court providently exercised its discretion in denying his motion to withdraw his plea of guilty (*see People v Sloane*, 13 AD3d 400 [2004]). Dillon, J.P., Hall, Roman and Cohen, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRELL MURDOUGH, Appellant. [952 NYS2d 462]—

We are satisfied with the sufficiency of the brief filed by the

defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; cf. *People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Hall, Roman and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY E. NELMES, Appellant. [952 NYS2d 449]—

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; cf. *People v Gonzalez*, 47 NY2d 606 [1979]). Eng, P.J., Skelos, Chambers and Sgroi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN A. OVALLE, Appellant. [952 NYS2d 466]—